UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALISA BROWN**                                                                                         **PLAINTIFF**

**v.**                              **CASE NO. 4:15-CV-00234 BSM**

**PULASKI TECHNICAL COLLEGE**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 19th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE